Certificate Number: 17572-CAC-DE-039853132

Bankruptcy Case Number: 24-19771



17572-CAC-DE-039853132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2025, at 8:52 o'clock PM PDT, Jason T McCullough completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: July 9, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor